IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-872 (RDA/TCB) |
| ) | |
| GIBILL.COM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Theresa Buchanan on October 18, 2021. Dkt. 15. In this Anti-Cybersquatting Consumer Protection Act ("ACPA") case, 15 U.S.C. § 1125(d), Judge Buchanan recommends that judgment be entered against Defendant and that the Defendant Domain Name be transferred back to Plaintiff. Pursuant to Federal Rule of Civil Procedure 72, the deadline for submitting objections to Judge Buchanan's Recommendation was November 1, 2021. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation. Dkt. 15. Accordingly, Plaintiff's Motion for Default Judgment (Dkt. 10) is GRANTED. It is hereby

ORDERED that default judgment on Count I of Plaintiff's Verified Complaint be entered in favor of Plaintiff the United States of America; and it is

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (holding that in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

FURTHER ORDERED that VeriSign, Inc. transfer ownership of Defendant Domain Name, gibill.com, to Plaintiff the United States of America, per Plaintiff's instructions.

The Clerk is directed to enter judgment against Defendant in this matter pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
November 17, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge